**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 332 EAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum and** |
| v. | : | **Order** of the Superior Court at No. |
| | : | 1504 EDA 2015 entered on June 27, |
| | : | 2018, **affirming** the Order of the |
| JAMAL STREATER, | : | Philadelphia County Court of Common |
| | : | Pleas at No. CP-51-CR-0013825- |
| Petitioner | : | 2014 entered on May 5, 2015 |

**ORDER**

**PER CURIAM**

　　**AND NOW**, this 28th day of May, 2019, the Petition for Allowance of Appeal is **GRANTED** and the decision of the Superior Court is **REVERSED**.  *See Commonwealth v. Perfetto*, __ A.3d __, 2019 WL 1866653 (Pa. April 26, 2019).